IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**GERALDINE WILLIAMS,**

    **Plaintiff,**

**v.**                                              **CIV 12-0716 MCA/LAM**

**MALCOLM CURTIS and**
**EL PASO NATURAL GAS CO., INC.,**

    **Defendants.**

# ORDER SETTING EXPEDITED BRIEFING SCHEDULE

**THIS MATTER** is before the Court on *Defendant Malcolm Curtis' Motion for Protective Order (Doc. 98)*, filed July 29, 2013, asking the Court to enter an order protecting Defendant Curtis from having to appear at a deposition scheduled on **Friday, August 2, 2013**. The Court will order expedited briefing on the motion.

    **IT IS THEREFORE ORDERED THAT:**

    1.    Plaintiff's response to *Defendant Malcolm Curtis' Motion for Protective Order (Doc. 98)* is due on or before **Wednesday, July 31, 2013**; and

    2.    Defendant Curtis' reply, if any, is due on or before **Thursday, August 1, 2013.**

    **IT IS SO ORDERED.**

                                                        */s/ Lourdes A. Martínez*
                                                        **LOURDES A. MARTÍNEZ**
                                                        **UNITED STATES MAGISTRATE JUDGE**