IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GERALDINE WILLIAMS,

       Plaintiff,

v.                                          CIV 12-0716 MCA/LAM

MALCOLM CURTIS and
EL PASO NATURAL GAS CO., INC.,

       Defendants.

## ORDER TO NOTIFY THE COURT REGARDING THE STATUS OF DOCUMENT 160

**THIS MATTER** is before the Court on Plaintiff's *Motion to Compel Participation in Mediation by, or Alternatively, for Sanctions Against Defendant Malcolm Curtis* (Doc. 160), filed December 9, 2013. Defendant Malcolm Curtis filed a response to the motion on December 17, 2013 [*Doc. 172*], and Defendant El Paso Natural Gas filed a response to the motion on January 6, 2014 [*Doc. 180*]. No reply to the motion has been filed and the time for doing so has passed. Because it is unclear whether Plaintiff wishes to pursue the motion, the Court hereby orders Plaintiff to notify the Court by filing a notice no later than **Tuesday, February 18, 2014** as to whether this motion is still being briefed, is ready for ruling, or if it will be withdrawn.

       **IT IS SO ORDERED.**

                                              */s/ Lourdes A. Martínez*
                                              **LOURDES A. MARTÍNEZ**
                                              **UNITED STATES MAGISTRATE JUDGE**